# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Myrna Althia Alicia Walker**
    Plaintiff(s)

vs.                        CASE NUMBER: 1:20-cv-1337 (TJM/CFH)

**CIBC**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Court accepts and adopts Judge Hummel's recommendations in the April 13, 2021 Report-Recommendation & Order, dkt. no. 10; ORDERED that plaintiff's complaint (dkt. no.1) is DISMISSED with prejudice; ORDERED that plaintiff's Emergency Motion for the Death Penalty (dkt. no. 5) is DENIED AND DISMISSED; ORDERED that plaintiff's letter motion to file exhibits under seal (dkt. no. 8) is DENIED and DISMISSED AS MOOT; ORDERED that plaintiff's amended complaint (dkt. no. 11) is DISMISSED with prejudice.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 29th day of July, 2021.

DATED: July 29, 2021

*[Signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk